RECEIVED IN
The Court of Appeals
Sixth District

JUN 0 1 2015

Texarkana, Texas
Debra Autrey, Clerk

SIXTH DISTRICT OF TEXAS
COURT OF APPEALS

FILED IN
The Court of Appeals
Sixth District

'JUN 0 1 2015

Texarkana, Texas
Debra K. Autrey, Clerk

TYRONE DENARD ANDERSON §

VS. § NOS. 06-14-00074-CR

THE STATE OF TEXAS §

## LEAVE OF REQUEST TO SUPPLEMENT APPELLANTS
## PRO SE BRIEF FOR THE APPELLANT

TO THE HONORABLE JUSTICE OF SAID COURT:

COMES NOW,Appellant,pro se,herein and in support of this motion will show this Honorable Court the following:

### I.

Appellant prepared his pro se appellants brief and filed it with this Honorable court on the 9th day of March,2015.In response the State filed its appellee's brief on the 8th day of May,2015.

### II.

Appellant respectfully seeks this Honorable Court to allow appellent the opportunity to supplement his pro se brief along with his response to the States Appellee's brief.

WHEREFORE,PREMISES,CONSIDERED, Appellant prays this Honorable Court grants this motion of leave to supplement his pro se Appellants brief and to grant any other relief appellant is entitled to.It is so prayed.

Respectfully Requested,

TYRONE D.ANDERSON #1944026
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO,TEXAS 79107

## DECLARATION OF SERVICE

I certify that a true and correct copy of this foregoing motion has been sent to Mr. Noble D.Walker,Jr.,Hunt County District Attorney,at P.O.BOX 441,Greenville,Texas 75403-0441 by placing the same in the U.S.Mail postage prepaid on this 28th day of May,2015.

*Tyrone D. Anderson*